**Order entered September 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00964-CV

### IN RE LIONEL MACK, Relator

**Original Proceeding from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. W10-24621-X**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** as moot relator's motion to proceed in forma pauperis although we have considered his petition without payment of filing fees. We **ORDER** relator to bear the costs of this original proceeding.

/s/     KERRY P. FITZGERALD
JUSTICE